**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wigberto CORONEL, ) | No. CV 04-2855-PHX-SMM |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| AT SYSTEMS SECURITY, INC., ) | |
| Defendant. ) | |

The Court's records indicate that the parties reached a settlement in this case on September 18, 2006, in a settlement conference held before Magistrate Judge Virginia A. Mathis (Doc. No. 52). However, the Court has not received the stipulated dismissal necessary to close this case.

Accordingly,

**IT IS ORDERED** that the Court will conduct a Status Hearing in this matter on **Tuesday, November 28, 2006, at 2:00 p.m.,** before the Honorable Stephen M. McNamee in Courtroom 605 at 401 West Washington Street in Phoenix, Arizona.

///

///

///

///

1  **IT IS FURTHER ORDERED** that the parties have 30 days from the date of this
2  Order by which to file a stipulated dismissal, and that if such a dismissal is timely filed, the
3  Status Hearing will be vacated.
4  DATED this 19th day of October, 2006.

*[signature]*
Stephen M. McNamee
United States District Judge

- 2 -