**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Wigberto CORONEL, | ) | No. CV 04-2855-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| AT SYSTEMS SECURITY, INC., | ) | |
| Defendant. | ) | |

The Court's records indicate that the parties reached a settlement in this case on September 18, 2006. (Dkt. 52) However, the Court has not received the stipulated dismissal necessary to close this case. Accordingly,

**IT IS ORDERED** that the Court will conduct a Status Hearing in this matter on **Monday, August 27, 2007, at 11:30 a.m.,** before the Honorable Stephen M. McNamee in Courtroom 605 at 401 West Washington Street in Phoenix, Arizona.

**IT IS FURTHER ORDERED** that the parties have 30 days from the date of this Order by which to file a stipulated dismissal, and that if such a dismissal is timely filed, the Status Hearing will be vacated.

DATED this 9th day of July, 2007.

Stephen M. McNamee
United States District Judge